Ronnie A. VAUGHAN, Plaintiff–Appellant,

v.

C.O. WATTS, Augusta Correctional Center, Defendant–Appellee.

No. 08–7580.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 16, 2009.

Ronnie A. Vaughan, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie A. Vaughan appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Vaughan v. Watts,* No. 7:08–cv–00381–jlk–mfu, 2008 WL 2679158 (W.D.Va. July 8, 2008). Because the district court's dis-

missal was Vaughan's third strike under the Prison Litigation Reform Act, 28 U.S.C. § 1915 (2000),* Vaughan may not proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* *See Vaughan v. Powell,* No. 1:03–cv–898 (E.D.Va. Jan. 24, 2005); *Vaughan v. Jail Dep-* *uties,* No. 1:00–cv–364 (E.D.Va. Aug. 8, 2000).